FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARIZONA BOARD OF REGENTS on behalf of UNIVERSITY OF ARIZONA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPORTSWEAR INC., d/b/a PREP SPORTSWEAR; and VINTAGE BRAND LLC, <br><br> Defendants. | No.   2:21-cv-00135-SMJ <br><br> **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

Before the Court is the parties' Stipulated Motion to Extend Deadline for Defendants to Respond to First Amended Complaint, ECF No. 22. The Court, having reviewed the motion and the file in this matter, is fully informed and finds good cause to grant the requested extension. Additionally, given that the parties have stipulated to Plaintiffs filing their First Amended Complaint, which was docketed as ECF No. 23, the Court will dismiss as moot Defendants' pending motion to dismiss Plaintiffs' initial Complaint, ECF No. 19.

//

//

ORDER EXTENDING TIME TO RESPOND – 1

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion to Extend Deadline for Defendants to Respond to First Amended Complaint, **ECF No. 22**, is **GRANTED**. Defendants shall respond to Plaintiff's First Amended Complaint, ECF No. 23, **by no later than March 15, 2022**.

**2.** Defendants' Joint Motion to Dismiss or, in the Alternative, to Strike and For a More Definite Statement, **ECF No. 19**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this day 3rd of February 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER EXTENDING TIME TO RESPOND – 2